Jonathan R. Doolittle (SBN 290638)
Email: jdoolittle@reedsmith.com
Timothy L. Moore (SBN 305168)
Email: tmoore@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Aurionpro Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AURIONPRO SOLUTIONS, INC.,<br>Plaintiff,<br>vs.<br>SAICON CONSULTANTS, INC.,<br>Defendants. | No.:<br>**COMPLAINT FOR BREACH OF CONTRACT** |

## **VERIFIED COMPLAINT**

Plaintiff, AURIONPRO SOLUTIONS, INC., by its attorneys, complains of Defendants, SAICON CONSULTANTS, INC., as follows:

### **THE PARTIES**

1. Plaintiff, Aurionpro Solutions, Inc. ("Plaintiff"), is a corporation organized under the laws of Delaware with its main office in located in San Ramon, California.

2. Defendant, Saicon Consultants, Inc. ("Saicon"), is a corporation organized under the laws of the State of Kansas with its principal place of business located at 55 Corporate Woods, 9300 W. 110th Street, Suite 650, Overland Park, KS 66210.

### **JURISDICTION AND VENUE**

3. The parties are of diverse citizenship.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

4. The amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

5. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a).

6. In the Promissory Note at issue, the parties agreed to submit to the jurisdiction of and be venued in a court of competent jurisdiction located in San Francisco.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## BACKGROUND FACTS

### The Agreement

8. On or about April 1, 2016, Plaintiff and Saicon entered into an Asset Purchase Agreement (the "Agreement"), whereby Saicon purchased and Plaintiff sold certain assets of Plaintiff's information technology staffing business. The agreed upon aggregate consideration consisted of, among other items, a closing purchase price in the amount of $2,500,000.00. A true and correct copy of the Agreement is attached hereto as "Exhibit A."

### The Note

9. Pursuant to section 2.2(c) of the Agreement, Saicon agreed to pay additional consideration of $1,500,000.00. To evidence this additional obligation, on or about April 1, 2016, Saicon executed and delivered to Plaintiff a separate $1,500,000.00 Promissory Note (the "Note).. A true and correct copy of the Note is attached hereto as "Exhibit B."

10. Under the terms and conditions of the Note, a failure to make to make any payment when due is considered an event of default.

### Default by Defendants

11. Pursuant to the Note, the $1,500,000.00 is to be paid in twelve (12) equal monthly installments of $125,000.00 each, commencing on the first anniversary of the date of the Note, and thereafter each monthly installment is due and payable on the first business day of each calendar month until paid in full. The first installment payment was due on April 1, 2017.

12. Defendants are in default under the Note for their failure to pay the amounts due thereunder.

13. Specifically, Saicon failed to make the April 1, 2017 payment due under the Note.



REED SMITH LLP
A limited liability partnership formed in the State of Delaware

14. Pursuant to the terms of the Note, the entire amounts due thereunder was accelerated automatically upon the first payment default. As of the date of default, Defendants owe the principal amount of $1,500,000.00.

15. Under the Note, Defendants are obligated to pay interest on all unpaid amounts at the default interest rate of twelve percent (12%) per annum or the maximum rate not prohibited by applicable law. This interest accrues beginning on the date of the occurrence of an event of default until such event of default is cured or waived.

16. Calculated from the date of default to April 5, 2017, the amount of accrued and unpaid interest due and owing under the Note is $2,500.00. More specifically, default interest accrued under the Note for 5 days at the rate of $500.00 *per diem*. Default interest continues to accrue on the principal amount due under the Note at the rate of $500.00 *per diem*.

17. Under the Note, Defendants are obligated to pay the attorneys' fees and costs incurred by Plaintiff in the enforcement of its rights thereunder, including this lawsuit.

18. Calculated as of April 5, 2017, the amount due and owing under the Note, not including attorneys' fees and expenses or costs of collection, is an amount not less than $1,502,500.00, with interest accruing from April 6, 2017, at the rate of $500.00 *per diem*.

20. Despite demand, Defendants have failed and refused to pay the amount due and owing under the Note.

21. The Note expressly provides that Plaintiff and Defendants unconditionally waive their respective rights to a jury trial of any claim or cause of action relating thereto.

22. Pursuant to section 6.8 of the Agreement, Buyer has no right to set off any amounts due and payable on the Note or to withhold any payment due on the Note, unless Saicon first obtains a final and non-appealable binding arbitration award in its favor. No arbitration has been commenced by Saicon.

**COUNT I – Breach of Contract**

23. Plaintiff incorporates and realleges all preceding paragraphs in this Count I.

24. Plaintiff has performed all terms and conditions of the Note to be performed by Plaintiff.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

25. Saicon has failed to perform under the Note by failing to make a payment under the Note when that payment became due.

26. Under the Note, Plaintiff is entitled to contractual money damages from Saicon as provided therein.

27. The Agreement provides that Plaintiff shall recover its attorneys' fees, costs, and interest on all unpaid amounts due and owing.

WHEREFORE, Plaintiff prays that this Court enter a judgment in its favor and against Saicon in the amount due under the Note, the exact amount to be proven at or before trial, plus its attorneys' fees, costs, and interest, together with such other and further relief as shall be just and equitable.

DATED: April 7, 2017

REED SMITH LLP

By /s/ *Jonathan R. Doolittle*
Jonathan R. Doolittle
Attorney for Plaintiff
Aurionpro Solutions, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware