Jonathan R. Doolittle (SBN 290638)
Email: jdoolittle@reedsmith.com
Ashley L. Shively (SBN 264912)
Email:    ashively@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Plaintiff,
AURIONPRO SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AURIONPRO SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAICON CONSULTANTS, INC., <br><br> Defendants. | Case No.:  3:17-CV-01951 EMC <br><br> **JOINT STATUS CONFERENCE REPORT** <br><br> Hearing: August 9, 2018 <br> Time: 10:30 a.m. <br> Dept.: Courtroom 5, 17th Floor <br> Compl. Filed:    April 7, 2017 <br> Stay Ordered:    Feb. 6, 2018 <br><br> Honorable Edward M. Chen |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Plaintiff Aurionpro Solutions, Inc. and Defendant Saicon Consultants, Inc. submit this joint status conference statement pursuant to the Court's February 6, 2018 Order staying this case [Dkt. 44], and in advance of the August 9, 2018 Status Conference.

The state court proceedings remain ongoing, and a trial date is now set for January 28, 2019. The parties have recently begun discussing the potential resolution of both this case and the state court case. Provided the Court has no other issues to discuss with the parties, the parties respectfully request continuing the August 9 hearing to a date in November 2018 that is convenient to the Court.

DATED: August 2, 2018

REED SMITH LLP

By:   /s/ Ashley L. Shively
     Ashley L. Shively
     Attorneys for Plaintiff
     Aurionpro Solutions, Inc.

DATED: August 2, 2018

PAYNE & FEARS LLP

By:   /s/ Benjamin A. Nix
     Benjamin A. Nix.
     Attorneys for Defendant
     Saicon Consultants, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**Signature Attestation**

Pursuant to Local Lule 5-1(i)(3), I, Ashley L. Shively, hereby attest that concurrence in the filing of this document has been obtained from any signature indicated by a confirmed signature (/s/) within this e-filed document.

DATED: August 2, 2018

REED SMITH LLP

By: ___/s/ Ashley Shively_____
      Ashley L. Shively